UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
IN LOUISVILLE

| | |
|---|---|
| THERESA BERGMANN )<br>)<br>PLAINTIFF )<br>)<br>V. )<br>)<br>)<br>PORTFOLIO RECOVERY ASSOCIATES, LLC. )<br>)<br>DEFENDANT )<br>_____) | CIVIL ACTION NO.<br><br>3:10-CV-155-M |

## ORDER DISMISSING

Upon joint motion of the parties, representing that the case has been settled, and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

Copies to: Counsel of record